No. 15,764.

MILLER *v*. STALEY.
(177 P. [2d] 234)

Decided February 3, 1947.

An action for damages for breach of contract and malicious prosecution. Verdict and judgment for defendant. Affirmed en banc without written opinion.

Mr. F. W. HARDING, Mr. W. RUSSEL EDDY, for plaintiff in error.

Mr. RALPH J. CUMMINGS, for defendant in error.